1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ALAN MCCOY,                            No.  2:14-cv-1413 MCE CKD P

12                Petitioner,

13          v.                               ORDER

14    MICHAEL MARTEL,

15                Respondent.

16

17          Petitioner is proceeding pro se with an application for writ of habeas corpus under 28

18    U.S.C. § 2254.  On July 13, 2015, petitioner requested that this action be stayed so that he can

19    exhaust state court remedies with respect to certain claims.  However, petitioner fails to identify

20    the claims.  Further, respondent indicates that petitioner has exhausted state court remedies with

21    respect to all of the claims in the habeas petition before this court and there are no actions

22    pending in any California Court where petitioner has presented claims not presented in his

23    original petition.  In light of these facts, IT IS HEREBY ORDERED that petitioner's request for a

24    stay (ECF No. 14) is denied.

25    Dated:  October 20, 2015

26                                            _____
                                              CAROLYN K. DELANEY
27                                            UNITED STATES MAGISTRATE JUDGE

28    1/mcco1413.sty